1

2

3

4        JS 6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   SHIRLEY SMITH,                )    Case No. CV 11-4337 DSF (FFMx)
                                    )
12                   Plaintiff,     )
                                    )    JUDGMENT OF DISMISSAL
13   v.                             )
                                    )
14                                  )
                                    )
15   CITY OF CULVER CITY, et al.    )
                                    )
16                   Defendants.    )
                                    )
17   _____ )

18

19        The Court having previously issued an Order to Show Cause re Dismissal for

20   Lack of Prosecution, and plaintiff not having timely responded,

21        IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the

22   action be dismissed without prejudice.

23

24   Dated: 10/26/11
                                        _____
25                                           DALE S. FISCHER
                                          United States District Judge
26

27

28