JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SMITH, | Case No. CV 11-4337 DSF (FFMx) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| CITY OF CULVER CITY, et al. | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 10/26/11

DALE S. FISCHER
United States District Judge